## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MASTER CUTLERY, INC.                    :

      Plaintiff,                           :

                        :

      v.                                   :          Civil Action No.

                        :          2:12-CV-04493-JLL-MAH

PANTHER TRADING CO., INC. and           :
ABC COMPANIES 1-30                      :

                        :

      Defendants.                          :

_____ :

PANTHER TRADING CO., INC.               :
PANTHER BRANDS, INC.                    :

      Counterclaim                         :
      Plaintiffs                           :

      v.                                   :

MASTER CUTLERY, INC., FAITH &           :          Jury Trial Demanded
TRUST, INC. and                         :
XYZ COMPANIES 1-30,                     :

      Counterclaim                         :
      Defendants                           :

### DEFAULT JUDGMENT

    Faith & Trust, Inc. having failed to plead or otherwise defend in this action, and default

having been entered on December 18, 2013, and upon application of Panther Trading Co. Inc.

and Panther Brands, Inc. ("Panther") that Faith & Trust, Inc. has defaulted for failure to appear

pursuant to Rule 55 of the Federal Rules of Civil Procedure; it is hereby
                                                        ^
and no timely opposition to
Panther's application for default
Judgment having been filed;

ORDERED, ADJUDGED AND DECREED that Faith & Trust, Inc. is permanently

enjoined from infringing the trademarks and copyrights of Panther Trading Co., Inc. and Panther

Brands, Inc.; and Faith & Trust, Inc. is permanently enjoined from engaging in the conduct

alleged in the Third Amended Counterclaim.

BY THE COURT:

5/6/14

Jose L. Linares, U.S.D.J