RUBIN, KAPLAN & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
200 CENTENNIAL AVENUE
SUITE 110
PISCATAWAY, NJ 08854-3950

(732) 463-7511
FAX: (732) 463-7648
E-MAIL: attys@rkalaw.com
WEBSITE: www.rkalaw.com

February 15, 2017

**Via E-filing**

Hon. Joseph A. Dickson
United States Magistrate Judge for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom 2D
Newark, NJ 07101

**Re:** *Master Cutlery, Inc. v. Panther Trading Co., Inc., et al.*, **Case No.: 2012-cv-4493**

Dear Judge Dickson:

Following our status conference on January 17, and Your Honor's separate phone conference with counsel for Defendant Panther Trading, the parties understood that Your Honor intended to contact counsel for Master Cutlery to discuss settlement further.

The parties postponed the deposition of Wen Lam, previously scheduled for February 10, in part, to avoid incurring the costs of that deposition, so that the Court could contact Warren Bleeker, counsel for Master Cutlery, to further discuss settlement. Another deposition was scheduled for this Friday, February 17. Given that the Court and counsel for Master Cutlery have not yet had an opportunity to speak, and given the costs and fees that will be incurred, which would make any settlement more difficult, Master Cutlery has postponed the February 17 deposition of Jackie Lee. The parties will find another date for that deposition, so that the parties can complete depositions according to the agreed upon schedule and so that Your Honor can communicate with Mr. Bleeker if the Court is still inclined to do so. Mr. Bleeker's direct line is (626) 683-4521. We would appreciate the

Hon. Judge Joseph A. Dickson
February 15, 2017
Page 2

opportunity to discuss this with Your Honor separately with Mr. Bleeker as Your Honor originally suggested.

          Respectfully,

          RUBIN KAPLAN & ASSOCIATES
          Attorneys for Plaintiff,
          Master Cutlery, LLC (formerly
          Master Cutlery, Inc.

          By: *Evelyn A. Donegan*
               EVELYN A. DONEGAN

          LAW OFFICES OF MICHAEL D. STEGER
          Attorneys for Defendant
          Panther Trading Co., Inc.

          By: */s/ Michael D. Steger*
               MICHAEL D. STEGER